IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:09CR158 |
| vs. | ORDER FOR DISMISSAL |
| VINCENT A. BAULDWIN, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 79) the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 65). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion is granted and the Petition for Offender Under Supervision is dismissed.

Dated this 1st day of March, 2018.

BY THE COURT:

LAURIE SMITH CAMP
Chief United States District Judge